```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN ANTONIO ROBLEDO-MAGALLANES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 07-327-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR INITIAL |
| v. | ) | APPEARANCE/CHANGE OF PLEA AND |
| | ) | EXCLUDE TIME |
| JUAN ANTONIO ROBLEDO-MAGALLANES, | ) | |
| | ) | DATE: May 15, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Edward J. Garcia |
| _____ | ) | |

Defendant JUAN ANTONIO ROBLEDO-MAGALLANES by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the initial appearance/change of plea set for May 1, 2009 be rescheduled for an initial appearance/change of plea on Friday, May 15, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and finalize a plea agreement.

Speedy trial time is to be excluded from the date of this

1

order through the date of the initial appearance/change of plea set for May 15, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 29, 2009

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Dennis S. Waks
                                Supervising Assistant
                                Federal Defender
                                Attorney for Defendant
                                JUAN ANTONIO ROBLEDO-MAGALLANES

DATED: April 29, 2009       LAWRENCE G. BROWN
                                Acting United States Attorney

                                /s/ Dennis S. Waks for
                                MICHAEL ANDERSON
                                Assistant U.S. Attorney

**SO ORDERED.**

Dated: <u>April 30</u>, 2009

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Court Judge